UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 07961
DWIGHT K RICHARDSON
CARLA W RICHARDSON                        CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-5770    SSN XXX-XX-0838

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/02/04 and confirmed on 06/11/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  27669.98 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BEN FRANKLIN MOTORS | SECURED | 2175.00 | 589.15 | 2175.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 155.24 | .00 | 155.24 |
| AMERICASH LOANS | UNSECURED | 661.74 | .00 | 307.54 |
| ARROW | UNSECURED | 764.50 | .00 | 355.30 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 375.04 | .00 | 174.30 |
| CASH ADVANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 1540.00 | .00 | 715.72 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 7997.45 | .00 | 3716.83 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF EVANSTON | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FINCH UNIVERSITY CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CHICAGO BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 375.00 | .00 | 174.28 |

```
KCA FINANCIAL SERVICES      UNSECURED    NOT FILED              .00           .00
AAA COLLECTIONS             UNSECURED    NOT FILED              .00           .00
HSBC                        UNSECURED    NOT FILED              .00           .00
ILLINOIS STUDENT ASSIST     UNSECURED     22150.90             .00      10294.66
KMART                       UNSECURED    NOT FILED              .00           .00
LEE BOMGAARS DDS            UNSECURED    NOT FILED              .00           .00
MANCHESTER APARTMENTS       UNSECURED    NOT FILED              .00           .00
MCI WORLDCOM                UNSECURED    NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED    NOT FILED              .00           .00
MID AMERICA MANAGEMENT      UNSECURED    NOT FILED              .00           .00
NATIONAL MAGAZINE EXCHAN    UNSECURED    NOT FILED              .00           .00
NATIONWIDE CASSEL LP        UNSECURED      1203.81             .00        559.47
OFFICE DEPOT                UNSECURED    NOT FILED              .00           .00
ORCHARD BANK                UNSECURED    NOT FILED              .00           .00
PEOPLES CHOICE              UNSECURED    NOT FILED              .00           .00
KCA FINANCIAL SERVICES      UNSECURED    NOT FILED              .00           .00
SALLIE MAE SERVICING COR    UNSECURED    NOT FILED              .00           .00
SBC AMERITECH               UNSECURED    NOT FILED              .00           .00
SBC AMERITECH               UNSECURED    NOT FILED              .00           .00
SCHOOL OF PARALEGAL STUD    UNSECURED    NOT FILED              .00           .00
SHORT TERM LOANS            UNSECURED       221.50             .00        102.94
ST FRANCIS HOSPITAL         UNSECURED    NOT FILED              .00           .00
RETAILERS NATL BANK         UNSECURED    NOT FILED              .00           .00
TCF BANK                    UNSECURED    NOT FILED              .00           .00
TRS RECOVERY SERVICES       UNSECURED    NOT FILED              .00           .00
UNITED CASH LOANS           UNSECURED    NOT FILED              .00           .00
US TELECOM                  UNSECURED    NOT FILED              .00           .00
VITERRA ENERGY              UNSECURED    NOT FILED              .00           .00
NATIONWIDE CASSEL LP        UNSECURED      5544.10             .00       2576.63
ILLINOIS DEPT REVENUE       UNSECURED      3619.34             .00       1682.09
```

         Summary of disbursements:
         ---------------------------------------------------------------------

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | 2175.00 | 155.24   | 44453.38  | .00   | 46783.62 |
| PRINCIPAL PAID     | 2175.00 | 155.24   | 20659.76  | .00   | 22990.00 |
| INTEREST PAID      | 589.15  | .00      | .00       | .00   | 589.15 |
| TOTAL PAID         | 2764.15 | 155.24   | 20659.76  | .00   | 23579.15 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $   1120.85 .

Refunds to the Debtor totaled $    369.98 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/09/08              /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE

```
                           PAGE   3
CASE NO. 04 B 07961 DWIGHT K RICHARDSON & CARLA W RICHARDSON
```